162 A.3d 291

IN THE MATTER OF VINCENT L. VERDIRAMO, AN
ATTORNEY AT LAW (ATTORNEY NO. 226221965)

June 15, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–181, recommending that the motion for reciprocal discipline filed by the Office of Attorney Ethics pursuant to *Rule* 1:20–14 against **VINCENT L. VERDIRAMO,** formerly of **JERSEY CITY,** who was admitted to the bar of this State in 1965, be denied for lack of jurisdiction, and good cause appearing;

It is ORDERED that the motion for reciprocal discipline filed against **VINCENT L. VERDIRAMO** in District Docket No. XIV–2012–0341E, is hereby denied for lack of jurisdiction under *Rule* 1:20–14.